In the United States District Court
For the _____

**RECEIVED**
UNITED STATES DISTRICT COURT
~~~~~~ COLORADO

APR 2 3 2013

JEFFREY P. COLWELL
CLERK

GILES HOWARTH LOCKE.
in the case, et al.,
SHOW
    Plaintiff

PRELIMINARY
    v.

STANLEY L GARNETT
DISTRICT ATTORNEY,
BOULDER COUNTY
DISTRICT ATTORNEYS OFFICE,
in the[i]r ind[ividual] [capacities]

ORDER TO: TO R._____

CAUSE FOR A

INJUNCTION
A TEMPORARY
RESTRAING ORDER
Civil CASE NO:
13-CV-00705-BNB.

Upon the complaint, the supporting affidavits of Plaintiffs, and the memorandum of law submitted herewith, it is:

ORDERED that defendants, STANLEY L GARNETT and Boulder County DISTRICT ATTORNEYS Office, in their individual capacities, against who you are seeking a preliminary injunction to show cause in Room _____, of the United States Courthouse, ALFRED A. ARRAJ courthouse, 901 19th st. Room A 105 DENVER Colorado 80294. on the _____ day of 20___, at _____, O'clock, why a preliminary injunction should not issue pursuant to Rule 65 (a) of the federal Rules of civil procedure enjoining the defendant, their successors in office, agents and employees and all other persons acting in concert and participation with them, from.

IT IS FURTHER ORDERED, That effective immediately,

∽ ORDER ∽
((one of three))

Defendant[s], STANLEY L. GARNETT, DUITY DISTRICT ATTORNEY of Boulder Colorado and Boulder County, DISTRICT ATTORNEY office of Boulder Colorado 80302.

Do the actions of the District Attorneys office and STANLY L. GARNETT. Do to their action to not uphold justice, and the oath him/thay tuck In coming in to office, as a District Attorney(s) and under 42 USC §§ 1984, 1986. Civil Rights Conspiracy and 42 U.S.C. § 1985. The district Attorneys off don't pick up crimal actions on Boulder County jail (BCSO) like on ATT: 101(a) thats in this ATT. will be in this TRO and injunctive for NO: case 13-cv-00705-BNB by the Prima facie,/Self-evident from the facts and evidence, and in meny other case, the officer admit their wrongs and derict violations of the law from common, state and federal law and united state's constitution, Artical 14, Amendment under USC. Equal protection of the law, This is rights of US citizen's, and because of this deliberate conspiracy, to obstruc justice, [Just as in People v. GILES LOCKE, 2010-CR-1861, the D.A. Did not have the merit to find me gilty in a trial of my peers] [the legal Burden of proof when you give a voluntary statement under 16-3-308 C.R.S. That is saying yes I did commit the crime or action, thay say that is not enuff, how the night I was placed in to custody of Boulder County shariffs office for, ATT: Burg.18-4-203(1) 15-2-101 CRS. No evideance or enuff evidence to find Guilty, beyond a reasonable doubt, Count II Possession of burglary tools, under 18-4-205 (1) CRS. Thay did not have any tools nor facts showing I had them on my person, that is what possession of burglary tools amd same kind of back round in my m-3, m-2.] Conspiracy: Foster v. Pall Aeropower Corp, 111 F. Supp, 2d 1320, 1323 (M.D. Fla 2000) Herrera v. Scully, 815 F. Supp. 713, 726-27 (S.D.N.Y 1993)

ORDER
((Two of Three))

I am asking the Defendants to stop charging me with a crime that has No merit by thar own admition of the violation and thar misconduct and Disregard for what thar office repsent "That is Justice" at all cossit that was the oath they swore to in comeing into office and speobeal respoecablitys of a Prosecutor under cer 3.8. and To have a out come that is adaquit for all partys tall them please PLACE a TRO and a Preliminary injunction. Respectfully Plantiff GILES LOCKE.

All OFFENSES against the peace and dignity of the People of the state of Colorado.

X ~~UNITED STATES DISTRICT COURT~~
JUDGE.
DATE

X PLAINTIFF Giles Locke    04/21/2013

ORDER
(three of three)



# Boulder County Sheriff's Office

**JOE PELLE**
Sheriff

Giles Locke
Boulder County Jail

August 29, 2012

Mr. Locke,

The investigation into the allegation that Deputy George Rood threatened your life has been completed. It has been determined that Deputy Rood did make the comment to you and as a result the complaint has been substantiated to the extent that the comment was in violation of Sheriff's Office policies. Appropriate disciplinary action has been taken against Deputy Rood.

The investigation was presented to the Boulder District Attorney's Office for review and to determine if the filing of criminal charges would be appropriate. The DA's office has reviewed the investigation and has determined that they could not prove the case beyond a reasonable doubt therefore will not file charges against Deputy Rood.

Sincerely,

Sgt. Steve Cullen
Administrative Sgt.
Boulder County Sheriff's Office
5600 Flatiron Parkway
Boulder, Co 80301
303-441-3633

cc: 2012-04

---

Headquarters
5600 Flatiron Parkway
Boulder, Colorado 80301
303-441-3600

Communications · Emergency Management
3280 Airport Road
Boulder, Colorado 80301
303-441-4444 · 303-441-3390

Jail
3200 Airport Road
Boulder, Colorado 80301
303-441-4600